UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER DAVID WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV408-217 |
| ) | |
| JUDGE MICHAEL KARPF, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

In an order dated December 8, 2008, the Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a Prisoner Trust Fund Account Statement form and a Consent to Collection of Fees from Trust Account form. (Doc. 3.) The Court warned plaintiff that his failure to return these forms within 30 days would result in the dismissal of his case. (*Id.*) Since plaintiff has not returned the required forms, his case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this 1st day of April, 2009.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA